James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.** | Case No.: **'16CV2589 JLS   JMA** |
| Plaintiff, | |
| v. | PLAINTIFF'S FRCP 7.1 DISCLOSURE |
| **DOE-72.192.163.220** | |
| Defendant. | CivLR 40.2  NOTICE OF FINANCIAL INTEREST |

Pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 40.2, plaintiff states they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED: October 17, 2016

                                              Respectfully submitted,

                                              /s/James S. Davis
                                              James S. Davis CALBAR NO.207963
                                              Jamesdee3080@msn.com
                                              619-934-4600
                                              Of Attorneys for the Plaintiff

PLAINTIFF'S FRCP 7.1 DISCLOSURE - 1